IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZOHREH TAMIMDARI, HADI RAJABBEIGI, FARID AHMADI, NIKA SHAHABI, SAMIRA GHIAMATI YAZDI, ROHOLLAH ALESHEYKH, and FATEMEH KHADEMI,<br><br>Plaintiffs,<br><br>vs.<br><br>ANTONY J. BLINKEN, in his official capacity as Secretary of State; MEGHAN E. GREGONIS, in official capacity as Consul General U.S Consulate, Dubai; and JOHN DOES #1-#10, in their official capacity as Consular Officers responsible for issuing visas at the US Consulate Dubai;<br><br>Defendants. | 4:25CV3013<br><br>ORDER |

**IT IS ORDERED** that in accordance with the Stipulation at Filing No. 8, Marco Rubio, Secretary of State is hereby substituted as the defendant Pursuant to Fed. R. Civ. P. 25(d).

The Clerk shall modify the docket to reflect this substitution.

Dated this 28th day of March, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge