IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZOHREH TAMIMDARI, HADI RAJABBEIGI, FARID AHMADI, NIKA SHAHABI, SAMIRA GHIAMATI YAZDI, ROHOLLAH ALESHEYKH, and FATEMEH KHADEMI,<br><br>Plaintiffs,<br><br>vs.<br><br>MEGHAN E. GREGONIS, in official capacity as Consul General U.S Consulate, Dubai; JOHN DOES #1-#10, in their official capacity as Consular Officers responsible for issuing visas at the US Consulate Dubai; and MARCO RUBIO, Secretary of State;<br><br>Defendants. | 4:25CV3013<br><br>**ORDER** |

The above-captioned action was randomly assigned to the undersigned magistrate judge for final disposition, and a motion to dismiss or in the alternative to transfer has now been filed. Unless all parties consent to final disposition by a magistrate judge, the undersigned cannot enter a ruling on the pending motion. If the parties do not so consent, the case will be reassigned to a district judge. Accordingly,

**IT IS ORDERED**:

1) If the parties consent to final disposition of the case by the undersigned magistrate judge, on or before **May 9, 2025,** they shall complete the "CONSENT TO RANDOM ASSIGNMENT TO MAGISTRATE JUDGE" form located on the court's website at http://www.ned.uscourts.gov/forms/. After all parties have signed this form, e-mail it in .pdf format to clerk@ned.uscourts.gov. Do not electronically file this form or submit it to chambers.

2) In the absence of timely submitting the attached form in accordance with paragraph (1) of this order, the case will be reassigned to a district judge.

Dated this 23rd day of April, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge